IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER KENT BATHE AND ) | |
| SHARYL KAY BATHE ) | |
| ) | CHAPTER 7 NO.  13-91415 |
| DEBTOR. ) | |

TRUSTEE'S FIRST MOTION FOR TURNOVER

NOW COMES the Trustee, ROGER L. PRILLAMAN, and for his Motion states as follows:

1. The Debtors filed their Voluntary Petition under Chapter 7 on November 13, 2013.
2. I am the duly appointed and acting Trustee.
3. The Debtors have scheduled various assets which are beyond their allowable exemptions, including:
   a. A 2001 Mercedes S 500;
   b. Debtor, ROGER BATHE's Aflac renewal commissions, payable $282.71/month for his lifetime;
   c. Debtor, ROGER BATHE's 10.4710 shares of Aflac stock;
   d. Debtor, SHARYL BATHE's 76 shares of Aflac stock and an additional 20.2040 plan shares (investigation continuing as to whether these shares are pledged as collateral on outstanding loan(s)).
   e. Debtor, ROGER BATHE's interest in website "luvracin.com" valued at $1,000.00 on Schedule B and not claimed exempt;
   f. The non-exempt value of the Debtors' 2003 Buick LeSabre.
4. Trustee's investigation as to additional non-exempt assets is continuing.

WHEREFORE, Trustee, ROGER L. PRILLAMAN, requests this Court enter an appropriate Order directing the Debtor to turnover the above assets, or in the alternative, the non-exempt value of same.

                Respectfully submitted,

BY:  /s/Roger L. Prillaman
       Roger L. Prillaman,
       Chapter 7 Trustee
       220 W. Main Street
       Urbana, IL 61801
       e-mail: trusteeprillaman@aol.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above instrument was filed electronically with the Court on the 21st day of March, 2014, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U.S. Trustee
Roy Dent, Attorney for Debtors

and by depositing a copy of the foregoing in a U.S. Post Office Box in Urbana, Illinois, enclosed in an envelope with proper postage prepared, addressed to the following in the manner set forth.

Roger and Sharyl Bathe
8840N  CR 000E
Mattoon, IL 61938

BY:  ___/s/Roger L. Prillaman_____

PRILLAMAN & MOORE, LTD.
220 W. MAIN STREET
URBANA, IL 61801-2622
PHONE 217/384-1300
FAX 217/384-1318